**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICK MOTTERN,

    Plaintiff,

vs.                                      **ORDER TO SHOW CAUSE**

PEEKSKILL HOUSING AUTHORITY,    **07 CIV. 6132**

    Defendant.
------------------------------------------------------------x

    UPON THE ANNEXED COMPLAINT, the Affidavit of Nick Mottern and the exhibits thereto and the plaintiff's Memorandum of Law, all dated June 29, 2007, and no prior application having been made in this or any other Court, state or local for relief,

    IT IS HEREBY ORDERED that defendant shall show cause on July 3, 2007 at 10:00 AM in the forenoon at the United States District Court for the Southern District of New York, (Part I) 500 Pearl Street, New York, N.Y., ~~300 Quarropas Street, White Plains, New York,~~ courtroom 12A, why an Order should not enter enjoining defendant from denying plaintiff the right to speak at the July 5, 2007 meeting of the Peekskill Housing Authority during that part of the public meeting dedicated to hearing public comments.

~~Plaintiff shall not be required to post a bond.~~

**MICROFILM**

JUN 2[?] 2007

**USDC SD NY WP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

~~Defendant shall file and serve any written response to this order by    on~~ ✓

~~July 2, 2007.~~

Service of this Order and the papers filed in support upon the

Executive Director of the defendant Housing Authority before 5:00 p.m. on ✓

June 29, 2007 shall be deemed good and sufficient.

SO ORDERED.

*Charles Brieant*
United States District Judge

Dated: June 29, 2007
       White Plains, NY
       Issued at 2:15 PM