# SUSSMAN & WATKINS
### - Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
EVELYN BELL
GEORGE FIGUEROA
VIRGINIA ESPOSITO


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/07

July 2, 2007 - By fax

Hon. Loretta Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  re: Mottern v. Peekskill Housing Authority, 07 CIV 6132 (WP4)(LP)(CLB)

Dear Judge Preska,

As Part I Judge, your Honor was to hear plaintiff's request for a preliminary injunction in the referenced matter tomorrow at 10:00 A.M. I am enclosing a letter just received from the defendant advising Judge Brieant [who signed the Order to Show Cause of June 29, 2007] that it was retracting the ban which had prompted our request for injunctive relief.

With receipt of this letter and with Mr. Mottern's knowledge and approval, I am withdrawing plaintiff's request for entry of a preliminary injunction as moot. Defendant has agreed to the requested relief and there is no reason to burden Your Honor with this matter.

We much appreciate Your Honor's willingness to hear and consider this matter.

Respectfully,

Michael H. Sussman

enc/

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
(Part I)

cc: Hon. Lisa Margaret Smith, Esq. with enclosure [By fax]{WP4 Judge assigned}
  Melvin Burruss, Esq. [By fax to 914-739-6936], counsel for defendant

# PEEKSKILL HOUSING AUTHORITY

**807 MAIN STREET**
**PEEKSKILL, NEW YORK 10566**
(914) 739-1700
(914) 739-1787 (FAX)

NDAR HEIGHTS — NY 82-4
HEMANN TOWERS

PURCHASE AND REHAB - NY 82-3
TURNKEY - 02-3

ELVIN BOLDEN, CHAIRMAN
RY WIGGINS, VICE CHAIRMAN
CQUELNE TAYLOR, SECRETARY
ESTHER BROWN
NDRA BOND
RIC HINES
YDE LOCKETT

GHEEVARGHESE A. THANKACHAN, ESQ.
EXECUTIVE DIRECTOR

MELVIN BURRUSS, ESQ.
PHA COUNSEL

July 2, 2007

Dear Judge Brieant:

I am rescinding the letter sent to Nick Mottern on June 27, 2007, disallowing him to speak. Mr. Mottern can speak at the meeting on July 5, 2007, for three (3) minutes as per our by-laws.

Sincerely,

Leesther Brown
Acting Chairperson of the Board
Peekskill Housing Authority